**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

 CHAMBERS OF                                                                MITCHELL H. COHEN COURTHOUSE
 JOEL SCHNEIDER                                                             1 John F. Gerry Plaza, Room 2060
 UNITED STATES MAGISTRATE JUDGE                                             CAMDEN, NJ 08101-0887
                                                                            (856) 757-5446

**ELECTRONICALLY FILED**
September 24, 2008

Gary David Ginsberg, Esquire
Ginsberg & O'Connor, P.C.
Atrium II
3000 Atrium Way, Suite 330
Mount Laurel, NJ 08054

**Re: Taylor v. Fontenot, et al.
Civil No. 05-1911 (JS)**

Dear Mr. Ginsberg:

The Court is prepared to grant plaintiff's Motion to Approve Settlement [Doc. No. 51] but it is missing one piece of information. The Court needs evidence that there is sufficient security for the payments due to the plaintiff's children for the Court to find it is reasonably certain that the future payments will be made.

Very truly yours,

s/ *Joel Schneider*

JOEL SCHNEIDER
United States Magistrate Judge

JS/jk